UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE P. PLASSE, ( *Pro Se* ) <br><br> Plaintiff <br><br> vs. <br><br> MARIA R. RUSSO <br> HEARINGS OFFICER, IRS, <br> And <br> KATHLEEN E. BROWN <br> APPEALS TEAM MANAGER, IRS <br><br> Defendant(s) | **CASE NO.** 04 11274GAO |

**PETITION FOR REVIEW OF SECTION 6702, FRIVOLOUS RETURN PENALTY**

I am sending proof of service of four summons enclosed to, agents Maria R. Russo and Kathleen E. Brown, also the Attorney General of the United States and the United States Attorney. Please note that I believe that I have inadvertently erred by not signing the Declaration of server for the four (4) summonses. The summonses that I have enclosed have been signed in this area to complete them. This is my sworn statement for these four summonses that:

DECLARATION OF SERVER

"I, declare under penalty of perjury under the law of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Executed on : _10/1/2004_   _____
                             Signature of Server

                             _____
                             Address of Server

CERTIFIED MAIL: 7003 2260 0005 2363 9756



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Bruce P. Plasse
Pro Se

V.

Attorney General of the
United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11274 GAO

TO: (Name and address of Defendant)

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Plasse
Pro Se
P.O. Box 265
Oxford, MA. 01540-0265

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  JUN 9 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/18/2004 |
| NAME OF SERVER (PRINT) Bruce P. Plasse Pro Se | TITLE Petition for review of 6702 Frivolous Penalty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Per Rule 4(i)(1)(B), service of Summons and complaint by certified mail #: 7003 2260 0005 2360 2897

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __9/18/2004__  _____
              Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Bruce P. Plasse
Pro Se

V.

United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11274 GAO

TO: (Name and address of Defendant)

United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA. 02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Plasse, Pro Se
P.O. Box 265
Oxford, MA. 01540-0265

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK

JUN 9 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/18/2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Bruce P. Plasse, Pro Se | Petition for review of 6702 Frivolous Penalty |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Per Rule 4(i)(1)(A), Service of Summons and Complaint by Certified Mail #: 7003 2260 0005 2360 2880

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/15/2004
              Date                 Signature of Server

              55 Main St PO Box 25 Oxford, MA
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Bruce P. Plasse
Pro Se

V.

Maria R. Russo
CDP Hearing Agent
(badge no. 04-03510)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11274 GAO

TO: (Name and address of Defendant)

IRS
Portsmouth Appeals office
195 Commerce Way, Suite B
Portsmouth, NH 03801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Plasse, Pro Se
P.O. Box 265
Oxford, MA 01540-0265

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

JUN 9 2004

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/18/2004 |
| NAME OF SERVER (PRINT) Bruce P. Plasse, Pro Se | TITLE Petition for review of 6702 Frivolous Penalty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Per Rule 4(i)(2)(A), service of summons and complaint by Certified Mail #: 7003 1680 0000 1169 8633

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/18/2004
              Date          Signature of Server

              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Bruce P. Plasse
Pro Se

V.

Kathleen E. Brown
Appeals Team Manager
(badge no. 04-55222)

SUMMONS IN A CIVIL ACTION

04  11274 GAO

CASE NUMBER:

TO: (Name and address of Defendant)

IRS
Portsmouth Appeals Office
195 Commerce Way, Suite B
Portsmouth, NH 03801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce P. Plasse, Pro Se
P.O. Box 265
Oxford, MA. 01540-0265

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   JUN 9 2004

&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/18/2004 |
| NAME OF SERVER (PRINT) Bruce P. Plasse, Pro Se | TITLE Petition for review of 6702 Frivolous Penalty |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): Per Rule 4(i)(2)(A), service of summons and Complaint by Certified Mail #: 7003 2260 0005 2363 9732

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _9/15/2004_    _[signature]_
          Date           Signature of Server

          _53 Main St. PO Box 205 Oxford MA_
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.