UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE P. PLASSE )<br>)<br>      Appellant, )<br>) | Civil Action No.  04-11274-GAO |
| v. )<br>) | |
| UNITED STATES OF AMERICA )<br>)<br>      Respondent. ) | |

**UNITED STATES OF AMERICA'S MOTION TO AFFIRM DETERMINATION OF THE INTERNAL REVENUE SERVICE AND DISMISS THE PETITION FOR REVIEW OF THE 6702 FRIVOLOUS RETURN PENALTY**

The United States of America, by its undersigned counsel, hereby moves to affirm the determination of the Internal Revenue Service Appeals Officer, and to dismiss the Appellant's action for lack of personal jurisdiction and lack of subject matter jurisdiction.

A memorandum in support of this motion is being filed contemporaneously with this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Barry E. Reiferson
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6058

I hereby certify that a true copy of the above document was served upon the Appellant, by mail, on December 10, 2004.

/s/ Barry E. Reiferson
Barry E. Reiferson