**U.S. Department of Justice**

**Tax Division**

*Facsimile No. (202) 514-5238*
*Trial Attorney: Barry E. Reiferson*
*Attorney's Direct Line: (202) 514-6058*

*Please reply to:* Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

EJO'C:DPM:BEReiferson

December 10, 2004

VIA FEDERAL EXPRESS

Tony Anastas, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

    Re:   Bruce P. Plasse v. United States of America
           Case No. 04-11274-GAO (USDC D. Mass.)

Dear Mr. Anastas:

    Enclosed for filing, per the Court's Electronic Case Filing Administrative Procedure H, please find the administrative record on appeal, bates numbered 001 through 170, for the above-captioned matter.

    If you have any questions, please do not hesitate to contact me at (202) 514-6058.

                             Sincerely yours,

                             BARRY E. REIFERSON
                              Trial Attorney
             Civil Trial Section, Northern Region