UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11274-GAO

BRUCE P. PLASSE,
Petitioner,

v.

MARIA R. RUSSO, KATHLEEN E. BROWN, and
UNITED STATES OF AMERICA,
Respondents.

ORDER
February 28, 2005

O'TOOLE, D.J.

Upon review of the parties' briefs, the record exhibits, and after oral argument, it is

ORDERED that the United States of America's Motion to Affirm Determination of the Internal

Revenue Service and Dismiss the Petition for Review of the 6702 Frivolous Return Penalty is

GRANTED.  The determination of the IRS Appeals Office is AFFIRMED and the case is

DISMISSED WITH PREJUDICE.

It is SO ORDERED.

February 28, 2005                          \s\ George A. O'Toole, Jr.
DATE                                       DISTRICT JUDGE