UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRUCE P. PLASSE
          Plaintiff(s)

v.                    CIVIL ACTION NO. 04-11274-GAO

MARIA R. RUSSO, KATHLEEN E. BROWN, AND UNITED STATES OF AMERICA
          Defendant(s)

### JUDGMENT IN A CIVIL CASE

  O'TOOLE  , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated 2/28/05, upon review of the parties' briefs, the record exhibits, and after oral argument, it is ORDERED that the United States of America's Motion to Affirm Determination of the Internal Revenue Service and Dismiss the Petition for Review of the 6702 Frivolous Return Penalty is GRANTED. The determination of the IRS Appeals Office is AFFIRMED and the case is DISMISSED WITH PREJUDICE.

                              TONY ANASTAS

Dated:  3/1/05                By  PAUL S. LYNESS
                                  Deputy Clerk

(Judgment Civil.wpd - 11/98)                                    [jgm.]